IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN VINCENT PARANA  :

   v.  :   NO. 11-3831

NCO FINANCIAL SYSTEMS, INC.  :

       JUDGMENT

BEFORE BAYLSON, J.

  AND NOW, to wit, this 1st day of September, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
  It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

       BY THE COURT:

       ATTEST:

       *Richard Sabol*
       Richard Sabol, Deputy Clerk

judg